# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

RECEIVED
MAY 2 1 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

JUDGMENT IN A CIVIL CASE

Barsoum S. Isael

    Plaintiff,  
        V.  
Lieutenant Dean R. Smith  
    Defendant.

CASE NUMBER: 13-97(PGS)

__X__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that a judgment is of no cause of action on all counts is hereby entered in favor of the defendant Lieutenant Dean R. Smith and against the plaintiff Barsoum S. Israel on the Complaint.

5/21/18  
DATE

_/s/ Peter Sheridan_  
PETER G. SHERIDAN, U.S.D.J.